IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 19 2006
J T NOBLIN, CLERK
BY_____ DEPUTY

DANIEL DAVIS, INDIVIDUALLY, AND
AS HEIR AND WRONGFUL DEATH
BENEFICIARY OF WILLIE DAVIS, SR.,
DECEASED, ET AL.                                                                PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 3:04CV136-TSL-AGN
                                                              (AND ALL CONSOLIDATED CASES)

KUHLMAN CORPORATION,
A MICHIGAN CORPORATION, ET AL.                                   DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

As a result of the consummation of a recent settlement, there has come before the Court the *ore tenus* motion (the "Motion") of counsel for the Plaintiff(s) identified in **Exhibit "A"** to dismiss with prejudice all claims asserted or which could have been asserted on behalf of the Plaintiff(s) against Monsanto Company, Pharmacia Corp. (f/k/a Monsanto Chemical Company), Pfizer, Inc., and Solutia Inc. (the "Monsanto Defendants") in this litigation. Counsel for the Monsanto Defendants joins in the Motion and request.

The Motion is sustained. All claims asserted on behalf of the Plaintiff(s) identified in **Exhibit "A"** to this Order against the Monsanto Defendants are dismissed with prejudice. All parties will bear their respective costs.

ORDERED, this the 19 day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

s/ James L. Jones
JAMES L. JONES (MS Bar # 3214)
Attorney for Monsanto Defendants
BAKER DONELSON BEARMAN
  CALDWELL & BERKOWITZ, PC
Meadowbrook Office Park
4268 I-55 North (39211)
P. O. Box 14167
Jackson, MS 39236-4167
601/351-2421
601/592-2421
E-mail: jjones@bakerdonelson.com


Mary E. McAlister (MS Bar # 2170)
Attorney for Plaintiffs
DAVID NUTT & ASSOCIATES
605 Crescent Boulevard
Suite 200
Ridgeland, MS 39157
601/898-7302
Fax: 601/898-7304
Email: mcalister@davidnutt.com

## DANIEL DAVIS

| # | FIRST | LAST | LEAD CASE | YOB | SSN |
|---|---|---|---|---|---|
| 1 | BOBBIE S. | BASS | DANIEL DAVIS | 1958 | 9409 |
| 2 | WILBERT | BUIE | DANIEL DAVIS | 1953 | 4668 |
| 3 | DON L. | BUIE JR | DANIEL DAVIS | 1984 | 1968 |
| 4 | ROSA R. | CRISLER | DANIEL DAVIS | 1926 | 3598 |
| 5 | DANIEL | DAVIS | DANIEL DAVIS | 1947 | 6247 |
| 6 | MARY LOUISE | FINLEY | DANIEL DAVIS | 1962 | 7463 |
| 7 | DANIEL | GRAHAM | DANIEL DAVIS | 1951 | 3660 |
| 8 | LOUISE E. | HACKETT | DANIEL DAVIS | 1955 | 4881 |
| 9 | KEVIN | HAM | DANIEL DAVIS | 1964 | 7309 |
| 10 | BURAL | HERRON | DANIEL DAVIS | 1952 | 3825 |
| 11 | WILLIAM I. | HUNTER SR | DANIEL DAVIS | 1954 | 9231 |
| 12 | THOMAS A. | JACKSON | DANIEL DAVIS | 1955 | 2021 |
| 13 | WILMER D. | JONES | DANIEL DAVIS | 1947 | 6646 |
| 14 | YOLANDA Y. | MONTAGUE PAYTON | DANIEL DAVIS | 1967 | 1739 |
| 15 | JEFFREY L. | POWELL | DANIEL DAVIS | 1964 | 2248 |
| 16 | KENNETH | POWELL | DANIEL DAVIS | 1961 | 215 |
| 17 | LOUISE M. | POWELL | DANIEL DAVIS | 1948 | 1820 |
| 18 | SHEILA B. | ROBINSON | DANIEL DAVIS | 1954 | 4775 |
| 19 | JAMES E | ROBINSON, SR. | DANIEL DAVIS | 1952 | 1850 |
| 20 | DIANE D. | WELLS | DANIEL DAVIS | 1966 | 2178 |
| 21 | LYNELL | WILSON | DANIEL DAVIS | 1953 | 1890 |

#433229 JLJ 12/15/06
2139285/000012

**EXHIBIT A**